EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. EDGE Publications, Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 1 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 3159254<br>Date Taken: 10/26/2012<br>Photo Description: Joe Simpson, dad of Jessica, steps out looking like a new man the week that news broke his wife of 34 years had filed for divorce.<br>Cpoyright Application Date: 10/30/2012<br>Application Number: 1-844507472<br>Copyright Registration Date: 10/30/2012<br>Registration Number: VA0001836246 | Domain: www.edgeboston.com<br>URL: http://www.edgeboston.com/index.php?ch=entertainment&sc=celebrities&sc3=&id=138604<br>Observed Date: 07/08/2013 |  |

x

09/05/2013 18:38:08